IT IS ORDERED

Date Entered on Docket: April 1, 2021



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE: § | |
| § | |
| ERIC JAVIER AMARO, § | |
| d/b/a ALLIED DELIVERY § | CASE NO. 20-12228-t7 |
| and § | |
| DULCE ANAHI ESTRADA § | CHAPTER 7 |
| § | |
| *Debtors* § | |

**ORDER GRANTING 21ST MORTGAGE CORPORATION
RELIEF FROM STAY AND ABANDONMENT OF
<u>2020 MANUFACTURED HOME</u>**

This matter came before the Court on the Motion for Relief from Stay and to Abandon property, specifically a 2020 Manufactured Home filed on February 22, 2021 (Docket No. 22) (the "Motion") by 21st Mortgage Corporation ("Movant"). The Court, having reviewed the record and the Motion, and noting that the Debtor's Discharge Order was entered on March 29, 2021, (Docket # 28) and being otherwise sufficiently informed, FINDS:

1. That the Motion is moot by reason of discharge being entered which allows Movant to enforce its state court remedies as requested in the motion.

IT IS THEREFORE ORDERED:

1. Motion is DENIED as it is moot, Discharge having been entered allowing Movant its state court remedies including foreclosure of its lien up to the value of the property.

2. The Preliminary Hearing scheduled for April 5, 2021 at 10:00 am is cancelled.

*** END OF ORDER ***

**Submitted by:**

By: ___/s/ Susan P. Crawford___
Susan P. Crawford
State Bar No. 24695

CRADDOCK DAVIS & KRAUSE LLP
210 Montezuma, Suite 200
Santa Fe, NM 87501
Email: scrawford@cdklawfirm.com
505 820-3368
214 336 6430 (Direct)
214 750 3551 (Facsimile)
ATTORNEYS FOR
21ST MORTGAGE CORPORATION

**Copies to:**

**Debtors**
Eric Javier Amaro
d/b/a Allied Delivery
2945 Solana Rd. SW
Deming, NM 88030

Dulce Anahi Estrada
2945 Solana Rd. SW
Deming, NM 88030

**Counsel for Debtor**
R. Trey Arvizu, III
P. O. Box 1479

Las Cruces, NM 88004-1479
trey@arvisulaw.com

**Trustee**
Philip J. Montoya
Trustee
1122 Central Ave SW, Suite 3
Albuquerque, NM 87102
pmontoya@swcp.com

**US Trustee**:
United States Trustee
P. O. Box 608
Albuquerque, NM 87103-0608